B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

In re   Swiss Valley Agency, Inc.,                              Case No. _____
                    Debtor
                                                                Chapter        11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Kellie and Jason Davis<br>11624 N. Galahad<br>Spokane, WA 99218 | | | This claim is contingent and disputed. | $800,000.00 |
| Steve Phillabaum<br>Phillabaum Ledlin Matthews & Sheldon PLLC<br>1235 N. Post St., Ste 100<br>Spokane, WA 99201 | | | | $29,283.35 |
| William McAndrews<br>922 E. Brentwood<br>Spokane, WA 99208 | | | | $5,100.00 |
| Lisa LeBlanc<br>5703 N. Regal<br>Spokane, WA 99208 | | wages, salaries, and commissions | | $3,793.85 |

| | | | |
|---|---|---|---|
| Shawn Washington<br>1007 E. Broad<br>Spokane, WA 99207 | | | $3,664.00 |
| Dale Russell<br>PO Box 1225<br>Deer Park, WA 99006 | | | $1,795.50 |
| Kelli M. Geris<br>2227 E. Garland<br>Spokane, WA 99208 | wages, salaries, and commissions | | $122.31 |
| Paul Apeles<br>3615 W. Francis<br>Spokane, WA 99205 | wages, salaries, and commissions | | $115.38 |
| Sheena M. Bunch<br>3310 W. 7th<br>Spokane, WA 99224 | wages, salaries, and commissions | | $115.38 |
| Joseph J. Armand<br>PO Box 48728<br>Spokane, WA 99228 | wages, salaries, and commissions | | $110.77 |
| Kevin Parkins<br>15408 E. 4th #212<br>Spokane Valley, WA 99037 | wages, salaries, and commissions | | $92.31 |
| Heather J. Gregerson<br>PO Box 28203<br>Spokane, WA 99228 | wages, salaries, and commissions | | $83.08 |
| Lisa LeBlanc<br>5703 N. Regal<br>Spokane, WA 99208 | | | $1.00+ |
| Rebeckah Mauch<br>1120 E. Woodcrest Court<br>Spokane, WA 99208 | | This claim is contingent and disputed. This is the same asserted claim of ~~Kellie and Jason Davis~~ | $1.00+ |
| Keith D. Coe<br>12216 E. 37th Court<br>Spokane Valley, WA 99206 | | | $1.00+ |

B 4 (Official Form 4) (12/07)

Shannah L. Swinburnson
515 S. Davies Road
Lake Stevens, WA 98258

$1.00+

Date: April 22, 2014

s/Harry Bourke Owens
Debtor

# DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Harry Bourke Owens, the president of Swiss Valley Agency, Inc. named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date: April 22, 2014

s/Harry Bourke Owens
Harry Bourke Owens, President