Ian Ledlin, WSBA #6695
Douglas R. Dick, WSBA #46519
Phillabaum, Ledlin, Matthews
   & Sheldon, PLLC
1235 N. Post Street, Suite 100
Spokane, WA 99201
(509) 838-6055

Hon. Frederick P. Corbit

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In re: | Case No. 14-01512-FPC11 |
|---|---|
| SWISS VALLEY AGENCY, INC., | NOTICE OF APPEARANCE AND REQUEST FOR NOTICES |
| Debtor. | |

PLEASE TAKE NOTICE that Phillabaum, Ledlin, Matthews & Sheldon, PLLC, an interested party herein, representing itself, enters its appearance and requests that all notices in this case be served upon the undersigned at the address below.

DATED: May 14, 2014.

PHILLABAUM, LEDLIN, MATTHEWS
& SHELDON, PLLC

By: Ian Ledlin, Principal

Z:\Users\IL\Owens\Swiss Valley\NOA.wpd

NOTICE OF APPEARANCE AND
REQUEST FOR NOTICES - 1

PHILLABAUM, LEDLIN, MATTHEWS
& SHELDON, PLLC
ATTORNEYS AT LAW
1235 N. POST STREET, SUITE 100
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 838-6055

14-01512-FPC11   Doc 59   Filed 05/14/14   Entered 05/14/14 13:54:27   Pg 1 of 1