GARY W. DYER
Assistant United States Trustee
United States Dept. of Justice
Office of the United States Trustee
United States Courthouse
W. 920 Riverside Ave. Room 593
Spokane, Washington 99201
Telephone (509) 353-2999
Fax (509) 353-3124

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re ) | |
| ) | Case No. 14-01512-FPC11 |
| SWISS VALLEY AGENCY, INC. ) | |
| ) | NON-APPOINTMENT OF COMMITTEE |
| ) | OF UNSECURED CREDITORS IN A |
| Debtor ) | CHAPTER 11 REORGANIZATION CASE |

Due to lack of response to the United States Trustee's request for notice of willingness to serve on the unsecured creditors' committee, the United States Trustee is not appointing an unsecured creditors' committee in this case at the present time.

D A T E D this 23rd day of May, 2014.

Respectfully submitted,

GAIL BREHM GEIGER
Acting United States Trustee

*/s/ Jeannie S. Olivas*
JEANNIE S. OLIVAS
Legal Assistant

14-01512-FPC11    Doc 68    Filed 05/23/14    Entered 05/23/14 09:44:08    Pg 1 of 1